# Court of Appeals
# of the State of Georgia

ATLANTA,  August 19, 2020

*The Court of Appeals hereby passes the following order:*

**A20A2115. RICHARDS et al. v. WATKINS.**

This case was docketed on July 17, 2020. The deadline for Appellants to file their brief was August 6, 2020. See R. 23 (a). As of August 18, 2020, Appellants have neither filed a brief nor asked for an extension of time. We therefore dismiss this appeal for Appellants' failure to timely file their brief. R. 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/19/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*